# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**LORENZO COLE,**

    Petitioner,

vs.                                                                         Case No. 4:07cv190-MP/WCS

**JAMES R. McDONOUGH, et al.,**[1]

    Respondents.

_____/

## REPORT AND RECOMMENDATION TO TRANSFER § 2254 PETITION

    Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and a motion to proceed in forma pauperis with a prisoner consent form and financial certificate. Docs. 1, 2, and 3. Petitioner also filed numerous exhibits contained in a cardboard box. The clerk scanned and docketed the list of exhibits as doc. 4.

    Petitioner is challenging the judgment of the Fourth Judicial Circuit in Duval County. He is incarcerated at Charlotte Correctional Institution. Jurisdiction is appropriate in the Middle District, as the district of both confinement and conviction. 28 U.S.C. § 2241(d). The petition should be transferred to the Middle District of Florida

---

[1] Petitioner names James Crosby, who was succeeded by James McDonough as Secretary of the Florida Department of Corrections some time ago.

under § 2241(d).  *See also*, Parker v. Singletary, 974 F.2d 1562, 1582 and n. 118 (11th Cir. 1992) (finding transfer "in furtherance of justice" under § 2241(d), citations omitted).

It is noted that another case filed in this district by Petitioner was recently recommended for transfer. Petitioner filed a petition in the Gainesville Division regarding his Duval County conviction. 1:06cv213-MP/AK, docs. 1 and 13.[2] The court found it "abundantly clear that Petitioner is attacking matters which completely occurred in Duval County, Florida, which is located within the Middle District of Florida," and recommended transfer to the Middle District pursuant to 28 U.S.C. § 1406. Doc. 17 in that case (report and recommendation entered on the docket June 19, 2007).

It is therefore respectfully **RECOMMENDED** that this case (including all exhibits and service copies) be **TRANSFERRED** to the United States District Court for the Middle District of Florida for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida on June 21, 2007.


       s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

---

[2] Doc. 1 was titled "Petitioner's Request for Writ of Certiorari and 'Supplemental' Habeas Corpus and / or Emergency Petition for Writ of Mandamus and Writ of Prohibition and /Or Request for Injunction Relief."  Petitioner was directed to file an amended petition or complaint by the court.  Doc. 9.  He filed doc. 13, titled "Amended Request for Injunctive Relief and Petition for Writ of Mandamus."

## NOTICE TO PARTIES

Within 15 days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.