IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LORENZO COLE,

    Petitioner,

v.                                         CASE NO. 4:07-cv-00190-MP-WCS

JAMES CROSBY,
STATE OF FLORIDA,

    Respondents.

_____/

**O R D E R**

       This matter is before the Court on Doc. 6, Report and Recommendation of the Magistrate Judge, recommending that this case be transferred to the United States District Court for the Middle District of Florida. The time for filing objections has passed and none have been filed. In the documents at docs. 7,8 and 9, the Court received correspondence from the Eleventh Circuit that appeared to indicate that an appeal is pending in this case although no notice of appeal was ever filed in this case. In the order at doc. 10, however, whatever appeal may have been pending was dismissed by the Eleventh Circuit. Accordingly, the matter is ripe for consideration on the Report and Recommendation. The Court agrees that since the Middle District is the district of both confinement and conviction, it is the proper forum for this case. Accordingly, it is hereby

       **ORDERED AND ADJUDGED:**

       1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The Clerk is directed to transfer this matter to the United States District Court for the Middle District of Florida.

**DONE AND ORDERED** this  *11th*   day of October, 2007

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge
